UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Timothy Gales,

    Plaintiff,

    v.                                     Case No. 2:16–cv–123

Thomas P. Charles, *et al.*,            Judge Michael H. Watson

    Defendants.

## ORDER

On May 31, 2016, the United States Magistrate Judge recommended that this action be dismissed for want of prosecution. Report and Recommendation, ECF No. 12. Although Plaintiff was advised of his right to object to that recommendation, and of the consequences of his failure to do so, there has been no objection.

Accordingly, the Court **ADOPTS** the Report and Recommendation, ECF No. 12, and **DISMISSES** this action for want of prosecution.

The Clerk is directed to enter final judgment.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT